IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALEB COLE,<br><br>    Defendant and Judgment Debtor.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Garnishee. | Case No.:  1:15MC00029-LJO<br><br>**ORDER OF GARNISHMENT**<br><br>Criminal Case No.: 1:11CR00026-LJO |

    The Court, having reviewed the court files and the Parties Stipulation for Final Order of Garnishment (the "Stipulation"), and good cause appearing therefrom, hereby APPROVES the Stipulation.  Accordingly, IT IS SO ORDER that:

    1.    The United States request for an order of garnishment in the amount of $7,000.00 is GRANTED;

    2.    Wells Fargo shall DELIVER, within twenty (20) days of the filing of this Order, a cashier's check, money order or company draft in the sum of $7,000.00 drawn from defendant and judgment debtor Caleb Cole's bank account(s).  The instrument of payment must be made payable to the "Clerk of the Court" and delivered to the United States District Court, Eastern District of California, 501

I Street, Suite 4-200, Sacramento, California 95814.  Wells Fargo shall also state the criminal docket number (Case No. 1:11CR00026-LJO) on the payment instrument.

3.   Upon its payment of the $7,000.00 to the Clerk of the Court, Wells Fargo shall RELEASE its hold on the remaining balance of funds to Defendant's control.

4.   Defendant's Request for Hearing is hereby vacated; and

5.   This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated:   **September 16, 2015**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE